IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENJAMIN WALKER,

    Petitioner,

v.

PETER HUIBREGTSE,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-692-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that petitioner Benjamin Walker's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failing to exhaust his state court remedies.

By: _____, Deputy Clerk      1-11-11
   Peter Oppeneer, Clerk of Court                     Date